People ex rel. Peter A. Barta v Molina (2025 NY Slip Op 05736)

People ex rel. Peter A. Barta v Molina

2025 NY Slip Op 05736

Decided on October 16, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2025

No. 52 

[*1]The People & c. ex rel. Peter A. Barta, on behalf of Shyheid Gibson, Appellant,
 v.
v
Louis A. Molina, & c., Respondent.

Peter A. Barta, for appellant.
Amanda Iannuzzi, for respondent.
The Legal Aid Society, amicus curiae.

Judgment affirmed, without costs. The Appellate Division did not abuse its discretion in dismissing as moot so much of the petition as sought defendant's immediate release. Insofar as the petition sought other relief, the petition is now moot, and we decline to apply the mootness exception. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided October 16, 2025